NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GORDON ARTHUR WOODLEY** AND **DENISE LYNN WOODLEY,**
*Plaintiffs-Appellants,*

**v.**

**DANIEL HAGGART** AND **KATHY HAGGART, FOR THEMSELVES AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED PERSONS,**
*Plaintiffs-Appellees,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5106

———————————

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00103-CFL, Judge Charles F. Lettow.

———————————

**ON MOTION**

———————————

2                                    WOODLEY v. US

PER CURIAM.

**O R D E R**

Faramarz Ghoddoussi and Bellevue Door & Millwork Company have filed "notices" with the court.   Daniel Haggart et al. move to strike these letters.   Ghoddoussi and Bellevue Door move for leave to respond and oppose the motion to strike.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions to strike are deferred for consideration by the merits panel that is assigned to hear this case. Copies of this order and the parties' filings at Docket Nos. 24, 25, and 27-34 shall be transmitted to that panel.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24